COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |
|---|---|
| § | |
| IN RE: TOM DARNOLD, IN HIS OFFICIAL CAPACITY AS AN ASSISTANT DISTRICT ATTORNEY FOR THE STATE OF TEXAS, | No. 08-13-00257-CR |
| § | |
| § | AN ORIGINAL PROCEEDING |
| § | |
| § | IN MANDAMUS |
| Relator. | |
| § | |
| § | |

### **O R D E R**

Pending before the Court is the Relator's motion to stay the trial court proceedings in the *The State of Texas v. Roberto Flores,* cause number 20130D03010 pending in the 168th District Court of El Paso County, Texas. Relator, Tom Darnold, in his official capacity as an Assistant District Attorney, asserts that on Monday, August 26, 2013, the Honorable Marcos Lizarraga, Judge of the 168th District Court of El Paso County, Texas, sent an email in which the court attached an "Order of Court Setting" related to "Contempt Proceedings: Assistant District Attorneys Darnold, Warrick and Blancas" for hearing on August 27, 2013 at 2:00 p.m. At that hearing Judge Lizarraga provided a "Notice of July 10 Actions (Selected)" and reset the hearing for August 28, 2013 at 8:00 a.m. The trial court severed the contempt action against Darnold because he is out of town. On August 27, 2013, this Court granted motions filed by Warrick and Blancas and stayed the proceedings in cause number 20130D03010 because the trial court has not specified the contemptuous acts, has not indicated the exact purposes of the hearing, and has not provided due notice.

1

On August 28, 2013, Judge Lizarraga filed a letter with the Court requesting clarification whether the stay also applies to Assistant District Attorney Tom Darnold and the defendant, Roberto Flores. It appears Judge Lizarraga intends to proceed with the contempt proceedings against Relator Darnold. The Court has determined that the motion to stay should be GRANTED. The trial court is ORDERED to stay all proceedings in cause number 20130D03010, including but not limited to all contempt proceedings against Melissa Warrick, Lillian Blancas, and Tom Darnold, until the mandamus proceeding has concluded or further order of this Court.

IT IS SO ORDERED this 28th day of August, 2013.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)